# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER B. SPIVEY, an individual<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 3:25-cv-08551-SK<br><br>*Assigned for all purposes to: Hon. Magistrate Sallie Kim*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

# ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of San Mateo.

**IT IS SO ORDERED.**

DATED: November 17, 2025  _____
Hon. Sallie Kim
United States Magistrate Judge